UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURIE VELEZ,

               Plaintiff,

       -against-

YELLOWPAGES.COM LLC, et al.,

               Defendants.

26-CV-19 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On February 9, 2026, Defendant Thryv Inc. filed a Motion to Dismiss the Complaint in this action. ECF No. 18. Per Local Rule 6.1, any opposing or response papers must be served within 14 days. Accordingly, Plaintiff's deadline to oppose Defendant's Motion to Dismiss was February 23, 2026. However, as of this date, Plaintiff still has not filed any opposition or request for extension. Therefore, IT IS HEREBY ORDERED that Plaintiff shall file her opposition by **March 4, 2026**, or the Court will consider the Motion to Dismiss unopposed. Plaintiff's counsel should also note that there is no motion-conference requirement in this Court, *cf.* ECF No. 21 (noting Defendant Thryv's failure to request motion conference), and is encouraged to familiarize himself with the Local Rules of the Southern District of New York and this Court's Individual Rules and Practices in Civil Cases.

Dated:  February 25, 2026
       White Plains, New York

                          SO ORDERED.

                          *Jessica Clarke*

                          JESSICA G. L. CLARKE
                          United States District Judge