UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURIE VELEZ,

              Plaintiff,

      -against-

YELLOWPAGES.COM LLC, et al.,

              Defendants.

26-CV-19 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On February 9, 2026, Defendant Daniel Storey filed a Motion to Dismiss the Complaint in this action. ECF No. 30. Per Local Rule 6.1, any opposing or response papers must be served within 14 days. Accordingly, Plaintiff's deadline to oppose Defendant Storey's Motion to Dismiss was May 1, 2026. However, as of this date, Plaintiff still has not filed any opposition or request for extension. Therefore, IT IS HEREBY ORDERED that Plaintiff shall file her opposition by **May 7, 2026**, or the Court will consider Defendant Storey's Motion to Dismiss unopposed.

This Order is the third time in only a few months that the Court has notified Plaintiff of a missed filing. *See* Order of January 30, 2026; ECF No. 23. In fact, the Court has previously notified Plaintiff of the required timeline to respond to a motion to dismiss. *See* ECF No. 23. Plaintiff must request extensions where needed at least 48 hours prior to a deadline. The Court may not grant extensions on any further missed deadlines.

Dated: May 4, 2026
      White Plains, New York

                                SO ORDERED.

                                *Jessica Clarke*

                                JESSICA G. L. CLARKE
                                United States District Judge