UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURIE VELEZ,

                    Plaintiff,

          -against-

YELLOWPAGES.COM LLC, et al.,

                Defendants.

26-CV-19 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

      The Court HEREBY GRANTS Plaintiff's application at ECF No. 33 and EXTENDS her deadline to oppose Defendant Storey's Motion to Dismiss to May 11, 2026. No further extensions will be granted.

Dated:  May 4, 2026
        White Plains, New York

                    SO ORDERED.

                    *Jessica Clarke*

                    JESSICA G. L. CLARKE
                    United States District Judge